

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER FOR SUPPLEMENTAL BRIEFING ON REMAND

Case name:        City of Houston, Appellant v.
                  Randall Kallinen and Paul Kubosh, Appellees

Cause No.         01-12-00050-CV

       This court is in receipt of the mandate of the Texas supreme court in this appeal. The parties may file supplemental briefing if they believe it will aid this court's consideration of the issues on remand. The appellant's supplemental brief is due by October 9, 2015. The appellees' brief is due 30 days after the appellant's brief is filed, or by November 9, 2015, whichever is later.

Judge's signature:     /s/ Jane Bland
                       Jane Bland
                       Justice, acting individually

Date:        September 3, 2015